1  Michele Ballard Miller (SBN 104198)
   Lisa C. Hamasaki (SBN 197628)
2  Katherine L. Kettler (SBN 231586)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendant SBC ADVANCED
   SOLUTIONS, INC., a Delaware Corporation
7  And SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,
   an Illinois Corporation
8
   John H. Aspelin (SBN 56477)
9  ASPELIN & BRIDGMAN, LLP
   220 Montgomery Street, Suite 1009
10 San Francisco, CA  94104
   Tel. (415) 296-9812
11 Fax (415) 296-9814

12 Attorneys for Plaintiff CATHE GUERRA

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          OAKLAND DIVISION

17

| | |
|---|---|
| 18 CATHE GUERRA, | Case No.: C 07-5044 WDB |
| 19       Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| 20 v. | |
| 21 | |
| 22 SBC ADVANCED SOLUTIONS, INC., a Delaware Corporation; SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., An Illinois Corporation; and PLAN TRUSTEE; | Complaint filed:  October 1, 2007 |
| 25       Defendants. | |

27         Pursuant to N.D. Local CA Rule 6-1(a) the Parties, Plaintiff CATHE GUERRA
28 (hereinafter "Plaintiff") and Defendants SBC ADVANCED SOLUTIONS, INC., a Delaware

Corporation; and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., An Illinois Corporation (hereinafter jointly "Defendants"), by and through their undersigned attorneys, hereby stipulate and agree to extend the time within which Defendants will answer or otherwise respond to the complaint up to and including December 17, 2007. This stipulation does not alter any court imposed deadlines.

Dated: December 5, 2007

ASPELIN & BRIDGMAN, LLP

By: /s/
John H. Aspelin
Attorneys for Plaintiff CATHE GUERRA

Dated: December 5, 2007

MILLER LAW GROUP
A Professional Corporation

By: /s/
Katherine L. Kettler
Attorneys for Defendant SBC ADVANCED SOLUTIONS, INC., a Delaware Corporation and SEDGWICK CLAIMS MANAGEMENT SERVICES INC., An Illinois Corporation

Z:\AT&T\Guerra (v. SBC)\Pleadings\1001.doc