Michele Ballard Miller (SBN 104198)
Lisa C. Hamasaki (SBN 197628)
Katherine L. Kettler (SBN 231586)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants SBC ADVANCED
SOLUTIONS, INC., a Delaware Corporation
and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,
an Illinois Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CATHE GUERRA,<br><br>          Plaintiff,<br><br>v.<br><br>SBC ADVANCED SOLUTIONS, INC., a Delaware Corporation; SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., An Illinois Corporation; and PLAN TRUSTEE;<br><br>          Defendants. | Case No.: C 07-5044 WDB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Complaint filed:  October 1, 2007 |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  December 17, 2007                    MILLER LAW GROUP
                                             A Professional Corporation


By:  _____/S/_____
                                             Katherine L. Kettler
                                             Attorneys for Defendants

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA