1  Michele Ballard Miller (SBN 104198)
   Lisa C. Hamasaki (SBN 197628)
2  Katherine L. Kettler (SBN 231586)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendants SBC ADVANCED
   SOLUTIONS, INC., a Delaware Corporation
7  and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,
   an Illinois Corporation
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12

13  CATHE GUERRA,                          Case No.: C 07-5044 WDB

14
          Plaintiff,                       **DEFENDANTS     SBC      ADVANCED
15                                         SOLUTIONS,   INC.   AND    SEDGWICK
    v.                                     CLAIMS     MANAGEMENT     SERVICES,
16                                         INC.'S   ANSWER   TO   PLAINTIFF'S
                                           COMPLAINT**
17  SBC ADVANCED SOLUTIONS, INC., a
    Delaware Corporation; SEDGWICK CLAIMS
18  MANAGEMENT SERVICES, INC., An Illinois
    Corporation; and PLAN TRUSTEE;
19                                         Complaint filed:  October 1, 2007

20        Defendants.

21

22        Defendants SBC ADVANCED SOLUTIONS, INC., and SEDGWICK

23  CLAIMS MANAGEMENT SERVICES INC. (hereafter "Defendants") hereby answer Plaintiff

24  CATHE GUERRA's Complaint (hereafter "Complaint") as follows:

25

26        Defendants generally deny each and every allegation in the Complaint, except

27  those expressly admitted below.

28

1    1.    Answering Paragraph 1 of Plaintiff's Complaint, Defendants admit that

2 to the extent Plaintiff's allegations relate to benefits sought under the Employment

3 Retirement and Income Security Act ("ERISA"), this Court has subject matter jurisdiction.

4    2.    Answering Paragraph 2 of Plaintiff's Complaint, Defendants are without

5 sufficient knowledge and information regarding the location of Plaintiff's residence and on

6 that basis, deny this assertion.

7    3.    Answering Paragraph 3 of Plaintiff's Complaint, Defendants denies this

8 allegation as SBC Advanced Solutions, Inc. ("ASI") is a Delaware corporation registered to

9 do business in Northern California.

10    4.    Answering Paragraph 4 of Plaintiff's Complaint, Defendants admit that

11 Sedgwick Claims Management Service, Inc. ("Sedgwick") is an Illinois Corporation.

12 Defendants deny each and every other allegation contained in Paragraph 4 because

13 Sedgwick is not the administrator of the disability plan, which covers plaintiff as an

14 employee of ASI; Sedgwick is and was the claims administrator.

15    5.    Answering Paragraph 5 of Plaintiff's Complaint, Defendants deny each

16 and every allegation contained in Paragraph 5 because there is no trustee for the disability

17 plan applicable to Plaintiff.

18    6.    Answering Paragraph 4 [*sic* 6 [1]] of Plaintiff's Complaint, Defendants

19 admit each allegation contained in Paragraph 4 [*sic* 6].

20    7.    Answering Paragraph 5 [*sic* 7 [2]] of Plaintiff's Complaint, Defendants are

21 without sufficient knowledge and information and on that basis, deny this assertion.

22    8.    Answering Paragraph 6 [*sic* 8 [3]] of Plaintiff's Complaint, Defendants

23 deny each and every allegation contained in Paragraph 6 [*sic* 8] because ASI does not

24 provide telephone services.

25 _____

26    [1] Plaintiff has erroneously misnumbered paragraphs after Paragraph 5 (on page 2) to the end of the Complaint. Defendants' Answer to this "Paragraph 4" [*sic*] is on page 2 of Plaintiff's Complaint.

27    [2] Defendants' Answer to this "Paragraph 5" [*sic*] is on page 2 of Plaintiff's Complaint.

28    [3] Defendants' Answer to this "Paragraph 6" [*sic*] is on page 2 of Plaintiff's Complaint.

DEFENDANTS SBC ADVANCED SOLUTONS and SEDGWICK'S ANSWER TO PLAINTIFF'S COMPLAINT
Case No.: C 07-5044 WDB

*Left margin, vertical text:* MILLER LAW GROUP — A PROFESSIONAL CORPORATION — LARKSPUR, CALIFORNIA

1    9.    Answering Paragraph 7 [*sic* 9 [4]] of Plaintiff's Complaint, Defendants

2    admit that Plaintiff was and continues to be employed by ASI as an Area Manager –

3    Program Management.    Defendants further admit that Plaintiff has over 33 years of

4    employment service with ASI.  Defendants deny each and every other allegation contained

5    in Paragraph 7 [*sic* 9].

6    10.    Answering Paragraph 8 [*sic* 10 [5]] of Plaintiff's Complaint, Defendants

7    deny that "there exists an expressed written policy agreement between Defendant SBC, and

8    its employees regarding short term disability" because the short term disability plan

9    applicable to Plaintiff is not between ASI and its employees.    Defendants admit the

10   remaining allegation to the extent it accurately quotes text from the Summary Plan

11   Description (SPD) of the applicable short term disability plan.

12   11.    Answering Paragraph 9 [*sic* 11 [6]] of Plaintiff's Complaint, Defendants

13   admit the allegation to the extent it represents that the SPD quoted in Paragraph 8 [*sic* 10]

14   is applicable to Plaintiff.

15   12.    Answering Paragraph 10 [*sic* 12 [7]] of Plaintiff's Complaint, Defendants

16   deny the statement "Defendants' STD policy" because the STD plan was not established by

17   the Defendants.    Defendants admit any and all remaining allegations contained in

18   Paragraph 10 [*sic* 12].

19   13.    Answering Paragraph 11 [*sic* 13 [8]] of Plaintiff's Complaint, Defendants

20   admit that Plaintiff was and remains employed by ASI.  Defendants further admit that ASI is

21   an employer engages in interstate commerce within the meaning of 29 U.S.C. 1003(a).

22   Defendants deny each and every remaining allegations contained in Paragraph 11 [*sic* 13].

23

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

---

[4] Defendants' Answer to this "Paragraph 7" [*sic*] is on page 2 of Plaintiff's Complaint.

[5] Defendants' Answer to this "Paragraph 8" [*sic*] is on page 2 of Plaintiff's Complaint.

[6] Defendants' Answer to this "Paragraph 9" [*sic*] is on page 2 of Plaintiff's Complaint.

[7] Defendants' Answer to this "Paragraph 10" [*sic*] is on page 2 of Plaintiff's Complaint.

[8] Defendants' Answer to this "Paragraph 11" [*sic*] is on page 3 of Plaintiff's Complaint.

DEFENDANTS SBC ADVANCED SOLUTONS and SEDGWICK'S ANSWER TO PLAINTIFF'S COMPLAINT
Case No.: C 07-5044 WDB

14.     Answering Paragraph 12 [*sic* 14 [9]] of Plaintiff's Complaint, Defendants deny each and every allegation contained therein.

15.     Answering Paragraph 13 [*sic* 15 [10]] of Plaintiff's Complaint, Defendants deny each and every allegation contained therein.

16.     Answering Paragraph 14 [*sic* 16 [11]] of Plaintiff's Complaint, Defendants deny each and every allegation contained therein.

17.     Answering Paragraph 15 [*sic* 17 [12]] of Plaintiff's Complaint, Defendants deny the statement "individually and as agent for [ASI] and/or the Plan Trustee." Defendants admit each and every remaining allegation contained in Paragraph 15 [*sic* 17].

18.     Answering Paragraph 16 [*sic* 18 [13]] of Plaintiff's Complaint, Defendants deny each and every allegation contained therein.

19.     Answering Paragraph 17 [*sic* 19 [14]] of Plaintiff's Complaint, Defendants are without sufficient knowledge and information and on that basis deny the allegations contained in Paragraph 17 [*sic* 19].

20.     Answering Paragraph 18 [*sic* 20 [15]] of Plaintiff's Complaint, Defendants deny each and every allegation contained therein.

21.     Defendants deny the allegations contained in Paragraph 1 of Plaintiff's prayer for relief, and deny that Plaintiff was injured or damaged in any sum, or at all.

22.     Defendants deny the allegations contained in Paragraph 2 of Plaintiff's prayer for relief, and deny that Plaintiff was injured or damaged in any sum, or at all.

---

[9] Defendants' Answer to this "Paragraph 12" [*sic*] is on page 3 of Plaintiff's Complaint.

[10] Defendants' Answer to this "Paragraph 13" [*sic*] is on page 3 of Plaintiff's Complaint.

[11] Defendants' Answer to this "Paragraph 14" [*sic*] is on page 3 of Plaintiff's Complaint.

[12] Defendants' Answer to this "Paragraph 15" [*sic*] is on page 3 of Plaintiff's Complaint.

[13] Defendants' Answer to this "Paragraph 16" [*sic*] is on page 3 of Plaintiff's Complaint.

[14] Defendants' Answer to this "Paragraph 17" [*sic*] is on page 3 of Plaintiff's Complaint.

[15] Defendants' Answer to this "Paragraph 18" [*sic*] is on page 3 of Plaintiff's Complaint.

DEFENDANTS SBC ADVANCED SOLUTONS and SEDGWICK'S ANSWER TO PLAINTIFF'S COMPLAINT
Case No.: C 07-5044 WDB

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1    23.    Defendants deny the allegations contained in Paragraph 3 of Plaintiff's

2  prayer for relief, and deny that Plaintiff was injured or damaged in any sum, or at all.

3    24.    Defendants deny the allegations contained in Paragraph 4 of Plaintiff's

4  prayer for relief, and deny that Plaintiff was injured or damaged in any sum, or at all.

5  Defendants deny the allegations contained in Paragraph 5 of Plaintiff's prayer for relief, and

6  deny that Plaintiff was injured or damaged in any sum, or at all.

7

8  ## AFFIRMATIVE DEFENSES

9

10    For and as a separate and affirmative defense to each and every claim for

11  relief set forth in the Complaint, Defendants allege as follows:

12

13  ## FIRST AFFIRMATIVE DEFENSE

14  ### (Failure to State a Claim)

15

16    Plaintiff's Complaint fails to allege facts sufficient to state a claim upon which

17  relief can be granted.

18

19  ## SECOND AFFIRMATIVE DEFENSE

20  ### (Not Eligible for Benefits)

21

22    Plaintiff's claims are barred in that Plaintiff is not eligible for benefits under the

23  terms and conditions of the applicable disability plan.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

DEFENDANTS SBC ADVANCED SOLUTONS and SEDGWICK'S ANSWER TO PLAINTIFF'S COMPLAINT
Case No.: C 07-5044 WDB

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1

## THIRD AFFIRMATIVE DEFENSE

2

### (Good Faith)

3

4    Defendants' actions or statements were based upon good, sufficient, and

5  legal cause, upon reasonable grounds for belief in their truth and justification, and were

6  taken or said in good faith and without malice.

7

8

## FOURTH AFFIRMATIVE DEFENSE

9

### (Waiver and Estoppel)

10

11    Plaintiff, by her acts and omissions, has waived and is estopped and barred

12  from alleging the matters set forth in the Complaint.

13

14

## FIFTH AFFIRMATIVE DEFENSE

15

### (Unclean Hands)

16

17    Defendants allege that Plaintiff is barred from any relief by the doctrine of

18  unclean hands.

19

20

## SIXTH AFFIRMATIVE DEFENSE

21

### (Failure to Mitigate)

22

23    Plaintiff has failed to mitigate the damages alleged in the Complaint.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

DEFENDANTS SBC ADVANCED SOLUTONS and SEDGWICK'S ANSWER TO PLAINTIFF'S COMPLAINT
Case No.: C 07-5044 WDB

## SEVENTH AFFIRMATIVE DEFENSE

## (Offset)

Any award of benefits to Plaintiff should be offset by any other earnings, benefits and/or income received by Plaintiff (including but not limited to disability benefits, workers' compensation benefits and/or settlement monies, unemployment benefits, and/or benefits from the Social Security Administration or the state), and/or should be offset by any damages caused by Plaintiff to each and/or any of the Defendants, including any unjust enrichment to Plaintiff by virtue of fraud.

## EIGHTH AFFIRMATIVE DEFENSE

## (Attorneys Fees)

Defendants are entitled to their attorneys' fees pursuant to 29 U.S.C. § 1132(g) and/or Rule 11(c)(2), Federal Rules of Civil Procedure.

## NINTH AFFIRMATIVE DEFENSE

## (Conduct In Accordance With the Plan)

Defendants and their agents at all relevant times acted and conducted themselves in accordance with the documents and instruments governing the Plan insofar as such documents and instruments were and are consistent with the provisions of ERISA.

## TENTH AFFIRMATIVE DEFENSE

## (Failure to Name Proper Defendants)

Plaintiff's claims are barred in that Plaintiff failed to name the proper defendant responsible for pyajent of Plan benefits, if any.

DEFENDANTS SBC ADVANCED SOLUTONS and SEDGWICK'S ANSWER TO PLAINTIFF'S COMPLAINT
Case No.: C 07-5044 WDB

1    Defendants have not yet completed a thorough investigation and study or

2  completed discovery of all facts and circumstances of the subject matter of the Complaint,

3  and, accordingly, reserves the right to amend, modify, revise or supplement this General

4  Denial, and to plead such further defenses and take such further actions as it may deem

5  proper and necessary in its defense upon the completion of said investigation and study.

6    THEREFORE, Defendants demand judgment in its favor, costs of suit, and

7   attorney's fees, and all other proper relief.

8

9  Dated:  December 17, 2007                MILLER LAW GROUP
                                            A Professional Corporation
10

11

12
                                            By: _____/S/_____
13                                              Katherine L. Kettler
                                                Attorneys for Defendants SBC
14                                              ADVANCED SOLUTIONS, INC., a
                                                Delaware Corporation and SEDGWICK
15                                              CLAIMS MANAGEMENT SERVICES,
                                                INC., an Illinois Corporation
16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS SBC ADVANCED SOLUTONS and SEDGWICK'S ANSWER TO PLAINTIFF'S COMPLAINT
Case No.: C 07-5044 WDB

1

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2

3          Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

4 persons, associations of persons, firms, partnerships, corporations (including parent

5 corporations) or other entities (i) have a financial interest in the subject matter in

6 controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

7 subject matter or in a party that could be substantially affected by the outcome of this

8 proceeding:

9

10
| ENTITY | CONNECTION TO OR INTEREST IN CASE |
| --- | --- |
| SBC Advanced Solutions, Inc. | Defendant |
| AT&T Inc. | Joint owner of SBC Advanced Solutions, Inc. |
| AT&T Teleholdings, Inc. | Joint owner of SBC Advanced Solutions, Inc. |
| Sedgwick Claims Management Services, Inc. | Defendant |
| Sedgwick CMS Holding, Inc. | Owner of Sedgwick Claims Management Services, Inc. |
| Fidelity Sedgwick Corporation | Owner of Sedgwick CMS Holding, Inc. |
| Fidelity Sedgwick Holding, Inc. | Part owner of Fidelity Sedgwick Corp. |

21

22 Dated: December 17, 2007                    MILLER LAW GROUP
                                             A Professional Corporation
23

24

25                                          By: _____/S/_____
                                             Katherine L. Kettler
26                                           Attorneys for Defendants SBC
                                             ADVANCED SOLUTIONS, INC., a
27                                           Delaware Corporation and SEDGWICK
                                             CLAIMS MANAGEMENT SERVICES,
28                                           INC., an Illinois Corporation

9

DEFENDANTS SBC ADVANCED SOLUTONS and SEDGWICK'S ANSWER TO PLAINTIFF'S COMPLAINT
Case No.: C 07-5044 WDB

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA