UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATHE GUERRA,

    Plaintiff,

  v.

SBC ADVANCED SOLUTIONS, INC., et al.

    Defendants.
_____/

No. C 07-5044 WDB

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for January 8, 2008, at 4:00 p.m. is vacated.

Dated: December 18, 2007

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: SarahWeinstein
    Law Clerk/Deputy Clerk

Copies to:
    All parties
    WDB
    Stats

N:\FORMS\impending reassignment clerks notice.wpd