**UNITED STATES DISTRICT COURT**

**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                      510.637.3530

**December 19, 2007**

**CASE NUMBER:  CV 07-05044 WDB**
**CASE TITLE:  CATHE GUERRA-v-SBC ADVANCED SOLUTIONS INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable CLAUDIA WILKEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: December 19, 2007

FOR THE EXECUTIVE COMMITTEE:

_____
                                               Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                   Entered in Computer 12/19/07 cl

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                          Transferor CSA