1  Michele Ballard Miller (SBN 104198)
   Lisa C. Hamasaki (SBN 197628)
2  Katherine L. Kettler (SBN 231586)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendant SBC ADVANCED
   SOLUTIONS, INC., a Delaware Corporation
7  And SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,
   an Illinois Corporation
8
   John H. Aspelin (SBN 56477)
9  ASPELIN & BRIDGMAN, LLP
   220 Montgomery Street, Suite 1009
10 San Francisco, CA  94104
   Tel. (415) 296-9812
11 Fax (415) 296-9814

12 Attorneys for Plaintiff CATHE GUERRA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CATHE GUERRA,<br><br>    Plaintiff,<br><br>v.<br><br>SBC ADVANCED SOLUTIONS, INC., a Delaware Corporation; SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., An Illinois Corporation; and PLAN TRUSTEE;<br><br>    Defendants. | Case No.: C 07-5044 CW<br><br>**STIPULATED REQUEST TO CONTINUE THE JANUARY 8, 2008 INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [~~PROPOSED~~] ORDER** |

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

The Parties, Plaintiff CATHE GUERRA (hereinafter "Plaintiff") and Defendants SBC ADVANCED SOLUTIONS, INC., a Delaware Corporation; and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., An Illinois Corporation (hereinafter jointly "Defendants"), by and through their undersigned attorneys, hereby stipulate to continue the Initial Case Management Conference currently calendared for January 8, 2008 at 2:00 p.m. to February 12, 2008 at 2:00 p.m. Parties further agree to continue all associated deadlines, including applicable ADR deadlines, the deadline for completing initial disclosures, filing a case management statement and filing a Rule 26(f) report to the dates set forth below:

| | |
|---|---|
| January 22, 2008 | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan;<br>• File ADR Certification signed by Parties and Counsel;<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| February 5, 2008 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report |
| February 12, 2008 | INITIAL CASE MANAGEMENT CONFERENCE |

Good cause exists for this extension because the parties continue to negotiate over the identity of the proper defendant in this case, that will likely result in Plaintiff filing an amended complaint.

1

**STIPULATED REQUEST TO CONTINUE THE JANUARY 8, 2008 INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER;** Case No. C 07-5044 CW

Accordingly, it is in the interest of the parties to await the outcome of that negotiation before proceeding with ADR discussions, or expending time and resources on preparing initial disclosures, a Rule 26(f) report or an initial case management conference.

**IT IS SO STIPULATED.**

Dated:  December 21, 2007                ASPELIN & BRIDGMAN, LLP


By:  /S/
    John H. Aspelin
    Attorneys for Plaintiff CATHE GUERRA


Dated:  December 21, 2007                MILLER LAW GROUP
                                                            A Professional Corporation


By:  /S/
    Katherine L. Kettler
    Attorneys for Defendant SBC ADVANCED
    SOLUTIONS, INC., a Delaware
    Corporation and SEDGWICK CLAIMS
    MANAGEMENT SERVICES INC., An
    Illinois Corporation

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

2
**STIPULATED REQUEST TO CONTINUE THE JANUARY 8, 2008 INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER;** Case No. C 07-5044 CW

**ORDER**

Having reviewed the Stipulation executed by Plaintiff CATHE GUERRA and Defendants SBC ADVANCED SOLUTIONS, INC., a Delaware Corporation; and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., an Illinois Corporation, and good cause appearing, the Court hereby orders that the January 8, 2008 Initial Case Management Conference and associated dates are vacated and rescheduled pursuant to the schedule set forth below.

| | |
|---|---|
| January 8, 2008 | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan<br>• File ADR Certification signed by Parties and Counsel<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 2/5/08<br>_____ | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report |
| 2/12/08<br>_____ | INITIAL CASE MANAGEMENT CONFERENCE |

**IT IS SO ORDERED.**

Dated: 1/3/08 _____

_____
The Honorable Claudia Wilken
United States District Judge

3

**STIPULATED REQUEST TO CONTINUE THE JANUARY 8, 2008 INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER;** Case No. C 07-5044 CW