JOHN H. ASPELIN, ESQ. (S.B. #56477)
ASPELIN & BRIDGMAN, LLP
220 Montgomery Street, Suite 1009
San Francisco, CA 94104
tel.     415 296 9812
fax     415 296 9814
Attorneys for Plaintiff
CATHE GUERRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHE GUERRA, | ) |
| | ) Case No. C-07-5044CW |
| Plaintiff, | ) NOTICE OF DISMISSAL WITHOUT |
| | ) PREJUDICE |
| vs. | ) |
| | ) |
| AT&T UMBRELLA PLAN NO. 1; and | ) |
| SEDGWICK CLAIMS MANAGEMENT | ) |
| SERVICES INC. An Illinois Corportation. | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff CATHE GUERRA, herewith dismisses without prejudice the following named defendants:

1. SBC ADVANCED SOLUTIONS, INC., a Delaware Corporation; and

2. PLAN TRUSTEE.

//

//

//

//

DISMISSAL WITHOUT PREJUDICE                1

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2  Dated: Jan. 22, 2007 | ASPELIN & BRIDGMAN LLP |

_____
John H. Aspelin, Esq.
Attorneys for Plaintiff,
CATHE GUERRA

DISMISSAL WITHOUT PREJUDICE                2