1  Michele Ballard Miller (SBN 104198)
   Lisa C. Hamasaki (SBN 197628)
2  Katherine L. Kettler (SBN 231586)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendants AT&T UMBRELLA PLAN NO. 1
   and SEDGWICK CLAIMS MANAGEMENT SERVICES,
7  INC., An Illinois Corporation

8  John H. Aspelin (SBN 56477)
   ASPELIN & BRIDGMAN, LLP
9  220 Montgomery Street, Suite 1009
   San Francisco, CA  94104
10 Tel. (415) 296-9812
   Fax (415) 296-9814
11
   Attorneys for Plaintiff CATHE GUERRA
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CATHE GUERRA,<br><br>        Plaintiff,<br><br>v.<br><br>AT&T UMBRELLA PLAN NO. 1; and SEDGWICK CLAIMS MANAGEMENT SERVICES INC. An Illinois Corporation.<br><br>        Defendants. | Case No.: C 07-5044 CW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint filed: October 1, 2007 |

Pursuant to N.D. Local CA Rule 6-1(a) the Parties, Plaintiff CATHE GUERRA (hereinafter "Plaintiff") and Defendants AT&T UMBRELLA PLAN NO. 1 and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., An Illinois Corporation (hereinafter jointly

1 "Defendants"), by and through their undersigned attorneys, hereby stipulate and agree to
2 extend the time within which Defendants will answer or otherwise respond to the complaint
3 up to and including February 21, 2008.  This stipulation does not alter any court imposed
4 deadlines.

6 Dated:  February 15, 2008         ASPELIN & BRIDGMAN, LLP

9 By:  /s/
    John H. Aspelin
10   Attorneys for Plaintiff CATHE GUERRA

11 Dated:  February 15, 2008         MILLER LAW GROUP
12                                    A Professional Corporation

14 By:  /s/
    Katherine L. Kettler
15   Attorneys for Defendants AT&T
    UMBRELLA PLAN NO. 1 and SEDGWICK
16   CLAIMS MANAGEMENT SERVICES,
17   INC., An Illinois Corporation