1  Michele Ballard Miller (SBN 104198)
   Lisa C. Hamasaki (SBN 197628)
2  Katherine L. Kettler (SBN 231586)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendants AT&T UMBRELLA BENEFIT PLAN NO. 1
   and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,
7  an Illinois Corporation

8  John H. Aspelin (SBN 56477)
   ASPELIN & BRIDGMAN, LLP
9  220 Montgomery Street, Suite 1009
   San Francisco, CA  94104
10 Tel. (415) 296-9812
   Fax (415) 296-9814

11
   Attorneys for Plaintiff CATHE GUERRA
12

13                **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15                     **OAKLAND DIVISION**

16
                                          Case No.: C 07-5044 CW
17  CATHE GUERRA,

18                                        **STIPULATED REQUEST TO FURTHER
                                          CONTINUE THE MARCH 4, 2008 INITIAL**
            Plaintiff,
19                                        **CASE    MANAGEMENT    CONFERENCE
    v.                                    AND [PROPOSED] ORDER**
20

21  AT&T UMBRELLA PLAN NO. 1; and
    SEDGWICK CLAIMS MANAGEMENT
22  SERVICES, INC., An Illinois Corporation.
                                          Complaint filed:  October 1, 2007
23
            Defendants.
24

25

26

27

28

STIPULATED REQUEST TO FURTHER CONTINUE THE MARCH 4, 2008 INITIAL CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER
Case No. C 07-5044 CW

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1    The Parties, Plaintiff CATHE GUERRA (hereinafter "Plaintiff") and Defendants

2  AT&T UMBRELLA BENEFIT PLAN NO. 1 and SEDGWICK CLAIMS MANAGEMENT

3  SERVICES, INC., an Illinois Corporation (hereinafter jointly "Defendants"), by and through

4  their undersigned attorneys, hereby stipulate to continue the Initial Case Management

5  Conference currently calendared for March 4, 2008 at 2:00 p.m. to March 25, 2008, or as

6  otherwise ordered by the Court.  Parties further agree to continue the deadline for filing an

7  initial case management statement until March 18, 2008, or a later date as otherwise

8  ordered by the Court.

9

10    Good cause exists for this extension because Plaintiff's counsel has a trial in

11  the Superior Court of California, County of San Francisco, which is suppose to begin on

12  February 25, 2008, depending on the availability of a judge, Defendant's counsel then

13  begins an arbitration before Arbitrator Barry Winograd the week of March 10, 2008, and

14  Plaintiff's Counsel is then unavailable for the week of March 17.  Further, the parties are

15  negotiating possible settlement of the case.

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

**STIPULATED REQUEST TO FURTHER CONTINUE THE MARCH 4, 2008 INITIAL CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER**
Case No. C 07-5044 CW

1    Accordingly, it is in the interest of the parties to continue the initial case

2  management conference.

3

4    **IT IS SO STIPULATED.**

5

6  Dated:  February 25, 2008                ASPELIN & BRIDGMAN, LLP

7

8

9                                          By:   /S/
                                                John H. Aspelin
10                                              Attorneys for Plaintiff CATHE GUERRA

11

  Dated:  Februay 25, 2008                 MILLER LAW GROUP
12                                          A Professional Corporation

13

14                                          By:   /S/
                                                Katherine L. Kettler
15                                              AT&T UMBRELLA BENEFIT PLAN NO. 1
                                                and SEDGWICK CLAIMS MANAGEMENT
16                                              SERVICES, INC., an Illinois Corporation

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO FURTHER CONTINUE THE MARCH 4, 2008 INITIAL CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER
Case No. C 07-5044 CW

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1
2

### ORDER

3      Having reviewed the Stipulation executed by Plaintiff CATHE GUERRA and
4  Defendants AT&T UMBRELLA BENEFIT PLAN NO. 1 and SEDGWICK CLAIMS
5  MANAGEMENT SERVICES, INC., an Illinois Corporation, and good cause appearing, the
6  Court hereby orders that the March 4, 2008 Initial Case Management Conference and
7  associated date are vacated and rescheduled pursuant to the schedule set forth below.

8
9      _____      Last day to file Rule 26(f) Report
10     _____      INITIAL CASE MANAGEMENT CONFERENCE
11
12     **IT IS SO ORDERED.**
13
14  Dated: _____      _____
15                                          The Honorable Claudia Wilken
                                            United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

3

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA