1  Michele Ballard Miller (SBN 104198)
   Lisa C. Hamasaki (SBN 197628)
2  Katherine L. Kettler (SBN 231586)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendants AT&T UMBRELLA BENEFIT PLAN NO. 1
   and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,
7  an Illinois Corporation

8  John H. Aspelin (SBN 56477)
   ASPELIN & BRIDGMAN, LLP
9  220 Montgomery Street, Suite 1009
   San Francisco, CA 94104
10 Tel. (415) 296-9812
   Fax (415) 296-9814
11
   Attorneys for Plaintiff CATHE GUERRA
12

13                 **UNITED STATES DISTRICT COURT**

14                 **NORTHERN DISTRICT OF CALIFORNIA**

15                         **OAKLAND DIVISION**

16
                                          | Case No.: C 07-5044 CW
17 CATHE GUERRA,                          |
                                          |
18           Plaintiff,                   | **STIPULATED REQUEST TO FURTHER
                                          | CONTINUE THE MARCH 4, 2008 INITIAL
19 v.                                     | CASE MANAGEMENT CONFERENCE
                                          | AND [PROPOSED] ORDER**
20
21 AT&T UMBRELLA PLAN NO. 1; and
   SEDGWICK CLAIMS MANAGEMENT
22 SERVICES, INC., An Illinois Corporation.
                                          | Complaint filed: October 1, 2007
23
             Defendants.
24

25
26
27
28

The Parties, Plaintiff CATHE GUERRA (hereinafter "Plaintiff") and Defendants AT&T UMBRELLA BENEFIT PLAN NO. 1 and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., an Illinois Corporation (hereinafter jointly "Defendants"), by and through their undersigned attorneys, hereby stipulate to continue the Initial Case Management Conference currently calendared for March 4, 2008 at 2:00 p.m. to March 25, 2008, or as otherwise ordered by the Court.  Parties further agree to continue the deadline for filing an initial case management statement until March 18, 2008, or a later date as otherwise ordered by the Court.

Good cause exists for this extension because Plaintiff's counsel has a trial in the Superior Court of California, County of San Francisco, which is suppose to begin on February 25, 2008, depending on the availability of a judge, Defendant's counsel then begins an arbitration before Arbitrator Barry Winograd the week of March 10, 2008, and Plaintiff's Counsel is then unavailable for the week of March 17.  Further, the parties are negotiating possible settlement of the case.

1
**STIPULATED REQUEST TO FURTHER CONTINUE THE MARCH 4, 2008 INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
Case No. C 07-5044 CW

1  Accordingly, it is in the interest of the parties to continue the initial case
2  management conference.

3

4  **IT IS SO STIPULATED.**

5

6  Dated:  February 25, 2008                              ASPELIN & BRIDGMAN, LLP

7

8
                                                          By:  /S/
9                                                              John H. Aspelin
                                                               Attorneys for Plaintiff CATHE GUERRA
10

11
   Dated:  Februay 25, 2008                               MILLER LAW GROUP
12                                                        A Professional Corporation

13

14                                                        By:  /S/
                                                               Katherine L. Kettler
15                                                             AT&T UMBRELLA BENEFIT PLAN NO. 1
                                                               and SEDGWICK CLAIMS MANAGEMENT
16                                                             SERVICES, INC., an Illinois Corporation

17

18

19

20

21

22

23

24

25

26

27

28

2
**STIPULATED REQUEST TO FURTHER CONTINUE THE MARCH 4, 2008 INITIAL CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER**
Case No. C 07-5044 CW

# ORDER

Having reviewed the Stipulation executed by Plaintiff CATHE GUERRA and Defendants AT&T UMBRELLA BENEFIT PLAN NO. 1 and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., an Illinois Corporation, and good cause appearing, the Court hereby orders that the March 4, 2008 Initial Case Management Conference and associated date are vacated and rescheduled pursuant to the schedule set forth below.

| | |
|---|---|
| 3/18/08 | Last day to file Rule 26(f) Report |
| 3/25/08 @ 2:00 P.M. | INITIAL CASE MANAGEMENT CONFERENCE |

**IT IS SO ORDERED.**

Dated: 3/3/08

_____
The Honorable Claudia Wilken
United States District Judge