1  Michele Ballard Miller (SBN 104198)
   mbm@millerlawgroup.com
2  Lisa C. Hamasaki (SBN 197628)
   lch@millerlawgroup.com
3  Katherine L. Kettler (SBN 231586)
   klk@millerlawgroup.com
4  MILLER LAW GROUP
   A Professional Corporation
5  60 E. Sir Francis Drake Blvd., Ste. 302
   Larkspur, CA 94939
6  Tel. (415) 464-4300
   Fax (415) 464-4336

7

8  Attorneys for Defendants AT&T UMBRELLA BENEFIT PLAN NO. 1
   and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,
   an Illinois Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CATHE GUERRA,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T UMBRELLA PLAN NO. 1; and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., An Illinois Corporation<br><br>    Defendants. | Case No.: C 07-5044 CW<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>Complaint filed: October 1, 2007 |

As requested by the Court in its Minute Order and Case Management Order dated March 28, 2008, the undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests that this case remain before United Stated District Judge Claudia Wilken.

Dated: April 3, 2008

MILLER LAW GROUP
A Professional Corporation

By: _____/S/_____
    Katherine L. Kettler
    Attorneys for Defendants