1  Michele Ballard Miller (SBN 104198)
       mbm@millerlawgroup.com
2  Lisa C. Hamasaki (SBN 197628)
       lch@millerlawgroup.com
3  Katherine L. Kettler (SBN 231586)
       klk@millerlawgroup.com
4  MILLER LAW GROUP
   A Professional Corporation
5  60 E. Sir Francis Drake Blvd., Ste. 302
   Larkspur, CA 94939
6  Tel. (415) 464-4300
   Fax (415) 464-4336
7
   Attorneys for Defendants AT&T UMBRELLA BENEFIT PLAN NO. 1
8  and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,
   an Illinois Corporation
9

10 John H. Aspelin (SBN 56477)
   ASPELIN & BRIDGMAN, LLP
11 220 Montgomery Street, Suite 1009
   San Francisco, CA 94104
12 Tel. (415) 296-9812
   Fax (415) 296-9814
13
   Attorneys for Plaintiff CATHE GUERRA
14

15                    UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

17

18 CATHE GUERRA,                              Case No.: C 07-5044 CW

19          Plaintiff,                        **STIPULATION OF DISMISSAL**

20 v.
                                              Complaint filed: October 1, 2007
21
22 AT&T UMBRELLA PLAN NO. 1; and
   SEDGWICK CLAIMS MANAGEMENT
23 SERVICES, INC., An Illinois Corporation

24
            Defendants.
25

26
27
28

                                   1
                         STIPULATION OF DISMISSAL
                           Case No.: C 07-5044 CW

Plaintiff CATHE GUERRA and Defendants AT&T UMBRELLA BENEFIT PLAN NO. 1 and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., an Illinois Corporation, by and through their respective counsel, agree and stipulate to the dismissal of this action with prejudice.

Dated: July 30, 2008

ASPELIN & BRIDGMAN, LLP

By: _____
John H. Aspelin
Attorneys for Plaintiff CATHE GUERRA

Dated: July Aug 19, 2008

MILLER LAW GROUP
A Professional Corporation

By: _____
Katherine L. Kettler
Attorneys for Defendant AT&T
UMBRELLA BENEFIT PLAN NO. 1 and
SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC., an Illinois Corporation