1  Michele Ballard Miller (SBN 104198)
   mbm@millerlawgroup.com
2  Lisa C. Hamasaki (SBN 197628)
   lch@millerlawgroup.com
3  Katherine L. Kettler (SBN 231586)
   klk@millerlawgroup.com
4  MILLER LAW GROUP
   A Professional Corporation
5  60 E. Sir Francis Drake Blvd., Ste. 302
   Larkspur, CA 94939
6  Tel. (415) 464-4300
   Fax (415) 464-4336

Attorneys for Defendants AT&T UMBRELLA BENEFIT PLAN NO. 1
and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,
an Illinois Corporation

10 John H. Aspelin (SBN 56477)
   ASPELIN & BRIDGMAN, LLP
11 220 Montgomery Street, Suite 1009
   San Francisco, CA  94104
12 Tel. (415) 296-9812
   Fax (415) 296-9814

Attorneys for Plaintiff CATHE GUERRA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CATHE GUERRA,<br><br>Plaintiff,<br><br>v.<br><br>AT&T UMBRELLA PLAN NO. 1; and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., An Illinois Corporation<br><br>Defendants. | Case No.: C 07-5044 CW<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint filed:  October 1, 2007 |

1  Plaintiff CATHE GUERRA and Defendants AT&T UMBRELLA BENEFIT PLAN
2  NO. 1 and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., an Illinois Corporation,
3  by and through their respective counsel, agree and stipulate to the dismissal of this action
4  with prejudice.

6  Dated: July 30, 2008            ASPELIN & BRIDGMAN, LLP

                                   By: _____
                                   John H. Aspelin
                                   Attorneys for Plaintiff CATHE GUERRA

11 Dated: July Aug 19, 2008        MILLER LAW GROUP
                                   A Professional Corporation

                                   By: _____
                                   Katherine L. Kettler
                                   Attorneys for Defendant AT&T
                                   UMBRELLA BENEFIT PLAN NO. 1 and
                                   SEDGWICK CLAIMS MANAGEMENT
                                   SERVICES, INC., an Illinois Corporation

**IT IS SO ORDERED**
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA